ADAM WANG (STATE BAR NUMBER 201233)
12 SOUTH FIRST STREET, SUITE 908
SAN JOSE, CA 95113
TEL: (408) 421-3403
FAX: (408) 351-0261

ATTORNEY FOR PLAINTIFF
YONG-ZHEN BAO

FILED

NOV 1 6 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG-ZHEN BAO | Case No.: C05-03386 MJJ |
| Plaintiff, | **PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE & [PROPOSED] & ORDER** |
| vs. | |
| LOK TAO CHINESE RESTAURANT DOES 1 - 10, | |
| Defendants | |

Plaintiff moves the Court ex parte to continue the Initial Case Management Conference currently scheduled for November 22, 2005 at 2:00 p.m., as follows:

1.    Further, this case is not yet ready for the Case Management Conference as Plaintiff was just informed by the process server that Defendant had not been served until November 8, 2005.

2.    As such, Plaintiff respectfully requests that the Initial Case Management Conference currently scheduled for November 22, 2005 be continued to December 13, 2005 to allow the Defendant to retain a counsel and to prepare for the Initial Case Management Conference.

Dated: November 11, 2005                    By: /s/ ADAM WANG
                                                                 Attorney for Plaintiff
                                                                 Yong-Zhen Bao

Case No.: C05-03386 MJJ

1

PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE INITIAL CMC
Bao v. Lok Tao Chinese Restaurant

1

2

### [PROPOSED] ORDER

3

4

It is hereby ordered that the initial case management conference be continued to December 13, 2005.

5

**IT IS SO ORDERED.**

6

7

Dated: November _____, 2005

8

NOV 16 2005

By: _____

Martin J. Jenkins
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case No.: C05-03386 MJJ

PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE INITIAL CMC
Bao v. Lok Tao Chinese Restaurant