ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiff
Yong-Zhen Bao


Martin Zurada (SBN 218235)
785 Market Street, 15th Floor
San Francisco, CA 94103
Phone: 415-637-8483
Fax:     415-778-8123

Attorney for Defendant
Lok Tao Chinese Restaurant

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yong-Zhen Bao, | Case No.: C05-03386 MJJ |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS WITH PREJUDICE & ORDER |
| Lok Tao Chinese Restaurant, Et Al. | GRANTED |
| Defendants | |

Pursuant to Fed. R. Civ. Pro. 41(a)(2), plaintiff Yong-Zhen Bao, and defendant Lok Tao

Chinese Restaurant, through their respective counsel, stipulate as follows:

     1.     Parties have fully resolved their disputes and entered into a Settlement Agreement

and Release.

     2.     As such parties respectfully request that the Court dismiss this case in its entirety

with prejudice.

1

**Case No.**   C05-03386 MJJ

**STIPULATION TO DISMISS WITH PREJUDICE**
**Bao, et al. v.** Lok Tao Chinese Restaurant**, et al.**

DAL BON & WANG
ADAM WANG

Dated: June 5, 2006

By: /s/ ADAM WANG
    Attorney for Plaintiff
    Yong-Zhen Bao

Dated: June 9, 2006

By: /s/ Martin Zurada
    Attorney for Defendant
    Lok Tao Chinese Restaurant

---

## [PROPOSED] ORDER

**Pursuant to parties' stipulation, IT IS SO ORDERED.**

Dated: June 22, 2006

By: _____
    Martin J. Jenkins
    United States District Judge
    For District for Northern California

2        **Case No.**  C05-03386 MJJ

**STIPULATION TO DISMISS WITH PREJUDICE**
**Bao, et al. v.** Lok Tao Chinese Restaurant**, et al.**